ROLNICK KRAMER SADIGHI LLP
Richard A. Bodnar
Brandon M. Fierro
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.597.2800
Fax: 212.597.2801

*Counsel for Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| LUCKIN COFFEE INC. (IN PROVISIONAL LIQUIDATION), | Case No. 21-10228 (MG) |
| Debtor in a Foreign Proceeding. | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association (collectively, the "Winslow Funds"), enter their appearance by and through their counsel, Rolnick Kramer Sadighi LLP, pursuant to section

1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code")

and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

that such parties in interest hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and

section 1109(b) of the Bankruptcy Code, that the name of the undersigned be added to the mailing

list maintained by the Clerk in the above-captioned case, and that the Clerk and all other parties in

interest in this case provide all notices and all papers served on any party, filed with the Court or

delivered to the Office of the United States Trustee in the above-captioned case, to all the persons

listed directly below:

> ROLNICK KRAMER SADIGHI LLP
> 1251 Avenue of the Americas
> New York, New York 10020
> Attn: Richard A. Bodnar
> Brandon M. Fierro
> Tel.: 212.597.2800
> Fax: 212.597.2801
> Email: rbodnar@rksllp.com
>           bfierro@rksllp.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy

Code, the foregoing request includes not only the notices and papers referred to in the provisions

of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed

by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtor,

the property of the Debtor or their Chapter 15 estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance,

pleading, claim or suit shall waive the right (1) to have final orders in non-core matters entered

only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding

so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Winslow Funds are, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 5, 2021
      New York, New York

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Richard A. Bodnar*
Richard A. Bodnar
Brandon M. Fierro
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.597.2800
Fax: 212.597.2801
rbodnar@rksllp.com
bfierro@rksllp.com

*Counsel for Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.*