UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       : Case No. 21-10228 (MG)
                                                             :
LUCKIN COFFEE INC. (IN PROVISIONAL    : Chapter 15
LIQUIDATION),                                                :
      Debtor in a Foreign Proceeding.    :
------------------------------------------------------------ x

## ORDER CLOSING CHAPTER 15 CASE

Upon consideration of the *Final Report of the Foreign Representatives and Presentment of Order Closing Chapter 15 Case* (the "Final Report and Presentment of Order"),[1] filed by and on behalf of Alexander Lawson of Alvarez & Marsal Cayman Islands Limited and Wing Sze Tiffany Wong of Alvarez & Marsal Asia Limited, in their capacities as Joint Provisional Liquidators (in this capacity, jointly and severally, the "Foreign Representatives") of Luckin Coffee Inc. (in Provisional Liquidation) (the "Foreign Debtor"); and due and sufficient notice having been given; and no objections or responses to the final report having been filed; and it appearing that the relief requested in the Final Report and Presentment of Order is in the best interests of the Foreign Debtor and other parties in interest in this chapter 15 case; and after due deliberation and sufficient cause appearing therefor,

**THIS COURT FINDS AND CONCLUDES THAT:**

    A.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, 11 U.S.C. § 1501 and the *Amended Standing Order of Reference of the United States District Court for the Southern District of New York*, dated January 31, 2012, Reference M-431. *In re Standing Order of Reference Re: Title 11*, 12 Misc. 00032 (S.D.N.Y. Jan. 31, 2012) (Preska, C.J.).

    B.    This is a core proceeding under 28 U.S.C. § 157(b)(2).

---

[1] Capitalized terms used but not defined in this Order have the meanings given to them in the Final Report and Presentment of Order.

C. Venue is proper in this District under 28 U.S.C. § 1410.

D. Due and sufficient notice of the Final Report and Presentment of Order and the opportunity for a hearing was given, which notice is adequate for all purposes, and no other or further notice need be given.

E. The Restructuring Effective Date occurred on January 28, 2022.

F. Thirty (30) days have passed since the Foreign Representatives filed its certificate of service in respect of the Final Report and Presentment of Order, and no objections have been filed.

G. This chapter 15 case has been fully administered.

**IT IS HEREBY ORDERED:**

1. The Final Report is APPROVED.

2. In accordance with sections 350(a) and 1517(d) of the Bankruptcy Code, Bankruptcy Rule 5009(c) and Local Rule 5009-2(a), this chapter 15 case styled *In re Luckin Coffee, Inc.* (*In Provisional Liquidation*), Case No. 21-10228 (MG) is closed effective immediately as of the date of entry of this Order. The Clerk of the Court is hereby respectfully directed to close the above-captioned case.

3. This Order is without prejudice to the right of the Foreign Debtor or Foreign Representatives to seek an order reopening this chapter 15 case under section 350(b) of the Bankruptcy Code or Local Rule 5009-2(b).

4. All orders entered by this Court in this chapter 15 case, including but not limited to the Scheme Enforcement Order, shall continue in full force and effect and survive entry of this Order.

5. Except as expressly provided in the Cayman Proceeding, all persons subject to this Court's jurisdiction shall be prohibited from taking any action within the territorial jurisdiction of the United States that is inconsistent with the terms of the Sanction Order.

6. This Court shall retain jurisdiction with respect to the implementation, enforcement, amendment or modification of this Order, the Scheme Enforcement Order and any other request for additional relief in or related to the chapter 15 case.

**IT IS SO ORDERED.**

Dated: April 8, 2022
      New York, New York

                                              **/s/ Martin Glenn**
                                              MARTIN GLENN
                                    Chief United States Bankruptcy Judge